In the Matter of ROBERT JONES, Appellant, v KEVIN HICKEY, as Assistant Attorney General of the State of New York, Respondent.

Submitted November 2, 2015; decided December 16, 2015

Motion for reconsideration of this Court's September 10, 2015

dismissal orders denied [*see* 26 NY3d 950 (2015)]. Motion for poor person relief dismissed as academic.